United States District Court

**Eastern District Of Pennsylvania**

Kenyatta White,

    Plaintiff,

V.

City Of Philadelphia;

Scott Amrik;

Robert Scarpello;

    Defendants,

Civil Action RECEIVED

No.  JUN 19 2015

42 USCS 1983

Jury Trial Demand

15   3467

# Complaint

1. Plaintiff, Kenyatta White, is an adult individual who resides in Philadelphia, and is currently housed at the Philadelphia Industrial Correctional Center (PICC).
2. Defendant, City Of Philadelphia (the City) is a municipality of the CommonWealth Of Pennsylvania and manages, directs, and controls the Philadelphia Police Department, which employs the Defendants, Scott Amrik (Amrik) and Robert Scarpello (Scarpello), who are both police officers for the city of Philadelphia.
3. Defendants, Amrik, and Scarpello, are both police officers for the Philadelphia police Department.
4. On or about August 28, 2014, evening time, plaintiff, had gotten into a car that one of his friends was driving.
5. The reason for Plaintiff getting into his friends car was for him to drive him over to his mother house to pick up money for his court ordered program.
6. While in the car, plaintiff, was texting his mother, not paying attention to the driver or back seat passenger, without knowledge of the drivers intentions, the driver began to shoot out of the car from the drivers side window (Left side of the car), where Defendants, Amrik, and Scarpello witnessed the Act.

7. Scarpello, witnessed the shooting coming from the driver side window and began to give chase.
8. Once the chase had end, plaintiff, lawfully came out of the vehicle with his hands up, as he surrendered to Defendant, Amrik , and placed into a police wagon while in handcuffs.
9. While plaintiff was safely escorted to the police wagon by, Amrik, Defendant, Scarpello, was in the rear of the vehicle, while the other two occupants of the car remained inside.
10. The car in which the driver and backseat passenger were in, had black tinted windows, giving the driver of the car, or backseat passenger, equal opportunity to place the gun used in the crime underneath plaintiffs passenger seat.
11. After Defendants, Amrik, and Scarpello detained the other two occupants of the vehicle, Amrik went back to the vehicle to search for the gun and found it where the plaintiff was sitting underneath the carseat.
12. On or about October 6, 2014, plaintiff, and the other two occupants of the car had a preliminary hearing.
13. There at the preliminary hearing, Defendant, Scarpello, had informed the court that he was the driver of the police vehicle that gave chase to the car and witnessed the gunshots get fired out from the drivers side of the car.
14. Scarpello, further informed the court that plaintiff could not have possibly fired the weapon being as though plaintiff was the front seat passenger.
15. Neither the Assistant District Attorney, or Scarpello, belived that plaintiff had committed any offense and that their was no facts to support proable cause or a prima facie claim.
16. On or about october 10,2014, plaintiffs counsel, Andrew Thomson, Esquire, came up to PICC to visit plaintiff and informed plaintiff through constructive documents, that the CommonWealth will give plaintiff immunity for a signed testimony that the driver was the shooter.
17. This was additional evidence that plaintiff was innocent.
18. Plaintiff was never examined for gun powder residue once he was detained to prove that he did not use or have access to the gun in that crime.
19. Plaintiff avers that Defendants, Amrik, and, Scarpello at the time of the crime, knew as fact, that plaintiff did not have possession of the gun used in the crime which proves the search and seizure of his person in violation of his state and federal Constitutional rights.
20. Plaintiff also Avers that if the search was lawfully done by Defendants, aforesaid, that the investigation thereafter was inadequate and tainted which cost plaintiff to be unlawfully confined for (10) months, which amounted to an unlawful and unreasonable seizure of his liberty in violation of his state and federal Constitutional rights.

21. Defendant, the city, has implemented policies, practices and/ or customs which allows the philadelphia police department to detain and seize people in philadelphia, knowing that such people are innocent of any crime and holds them over for trial with a gamble of those people lives.
22. Defendant, The City, has also implemented policies, practices and/ or customs that allows the phialdelphia police department to not diligently do approriate investigations to prove people innocent of crimes such as checking for gun powder residue after a shooting, and finger printing weapons when more then one (1) person is being detained for one (1) firearm.
23. Plaintiff Avers that these unconstitutional policies, practices and / or customs were implemented by the city, Amrik, and Scarpello which violated plaintiffs state and federal constitutional rights.
24. Plaintiff now seeks an amount in excess of $50,000.00 against Defendants, The City, Amrik, and Scarpello, including , but not limited to reasonable court cost and legal fees and any other relief this court deems equitable.

June 15,2015

By:/s/ Kenyatta White
Kenyatta White
Plaintiff, Pro se

I hereby verify that the foregoing is true and correct under penalty of perjury.

SIGN: _Kenyatta White_          Print: _Kenyatta white_

```
16-JUN-2015 09:58
                                        Page 1

                                              Lock&Track
                                              Inmate Detail
                                              PID: 1037217
                                  Since 01/01/2015 00:00 But Before 06/16/
2015 00:00

1037217 1418578 PICC      WHITE, KENYATTA        Current Balance $     84.58
   Transaction Details:
                                         Running
    Seq No Date/Time      Type       Status    Check    Description
                    $Disburse  $Receipt  $ Balance
         130 01/11/2015 10:47 KDEPOSIT    POSTED        DEPOSIT: 506136
                                 27.00      27.42
                                                        Comment: WHITE, KEN
YATTA
                                                        Ref No: 0031616239
         131 01/13/2015 23:24 PURCHASE    POSTED        Purchase K5158606
                    23.18                    4.24
                                                        Ref No: K5158606
         132 01/13/2015 23:24 COMM_FEE    POSTED        Order fee K5158606
                     1.00                    3.24
                                                        Ref No: K5158606
         133 01/19/2015 11:18 REFUND      POSTED        Refund K5158606
                                  3.00       6.24
         134 01/27/2015 15:41 PURCHASE    POSTED        Purchase K5168715
                     4.85                    1.39
                                                        Ref No: K5168715
         135 01/27/2015 15:41 COMM_FEE    POSTED        Order fee K5168715
                     1.00                    0.39
                                                        Ref No: K5168715
         136 02/08/2015 11:05 KDEPOSIT    POSTED        DEPOSIT: 515196
                                 27.00      27.39
                                                        Comment: WHITE, KEN
YATTA
                                                        Ref No: 0077665120
         137 02/10/2015 18:04 PURCHASE    POSTED        Purchase K5179931
                    22.70                    4.69
                                                        Ref No: K5179931
         138 02/10/2015 18:04 COMM_FEE    POSTED        Order fee K5179931
                     1.00                    3.69
                                                        Ref No: K5179931
         139 02/11/2015 09:04 KDEPOSIT    POSTED        DEPOSIT: 516190
                                 50.00      53.69
                                                        Comment: WHITE, KEN
YATTA
                                                        Ref No: 0078155390
         140 02/17/2015 23:38 PURCHASE    POSTED        Purchase K5186273
                    51.45                    2.24
                                                        Ref No: K5186273
         141 02/17/2015 23:38 COMM_FEE    POSTED        Order fee K5186273
                     1.00                    1.24
                                                        Ref No: K5186273
         142 02/22/2015 14:51 KDEPOSIT    POSTED        DEPOSIT: 519722
                                 97.00      98.24
                                                        Comment: WHITE, KEN
YATTA
```

```
                                                            Ref No: 0065210869
   143 02/24/2015 23:37 PURCHASE    POSTED                  Purchase K5192166
                   90.08                    8.16
                                                            Ref No: K5192166
   144 02/24/2015 23:37 COMM_FEE    POSTED                  Order fee K5192166
                    1.00                    7.16
                                                            Ref No: K5192166
   145 03/04/2015 05:53 PURCHASE    POSTED                  Purchase K5196999
                    5.91                    1.25
                                                            Ref No: K5196999
   146 03/04/2015 05:53 COMM_FEE    POSTED                  Order fee K5196999
                    1.00                    0.25
                                                            Ref No: K5196999
   147 03/11/2015 09:24 REFUND      POSTED                  Refund K5192166
                              2.94          3.19
   148 03/18/2015 02:06 PURCHASE    POSTED                  Purchase K5209670
                    1.71                    1.48
                                                            Ref No: K5209670
   149 03/18/2015 02:06 COMM_FEE    POSTED                  Order fee K5209670
                    1.00                    0.48
                                                            Ref No: K5209670
   150 03/19/2015 12:46 KDEPOSIT    POSTED                  DEPOSIT: 527923
                             57.00         57.48
                                                            Comment: WHITE, KEN
YATTA
                                                            Ref No: 0009242543
   151 03/25/2015 02:14 PURCHASE    POSTED                  Purchase K5215562
                   52.26                    5.22
                                                            Ref No: K5215562
   152 03/25/2015 02:14 COMM_FEE    POSTED                  Order fee K5215562
                    1.00                    4.22
                                                            Ref No: K5215562
   153 04/08/2015 01:03 PURCHASE    POSTED                  Purchase K5226889
                    3.00                    1.22
                                                            Ref No: K5226889


16-JUN-2015 09:58
                                             Page 2

   154 04/08/2015 01:03 COMM_FEE    POSTED                  Order fee K5226889
                    1.00                    0.22
                                                            Ref No: K5226889
   155 04/16/2015 06:16 PAYROLL     POSTED                  1 APR PICC PICC JEVS
LAB 1ST FLR                                 3.00     3.22
                                                            Ref No: 230938
   156 04/22/2015 03:29 PAYROLL     POSTED                  1 APR PICC PICC JEVS
LAB 1ST FLR                                 4.50     7.72
                                                            Ref No: 230938
   157 05/01/2015 05:43 PAYROLL     POSTED                  2 APR PICC PICC JEVS
LAB 1ST FLR                                 7.50    15.22
                                                            Ref No: 230938
```

```
        158 04/30/2015 00:12 KDEPOSIT   POSTED              DEPOSIT: 541675
                                 50.00     65.22
                                                              Comment: WHITE, KEN
YATTA
                                                              Ref No: 0006438483
        159 05/02/2015 04:14 PAYROLL    POSTED              2 APR PICC PICC MEDIU
M SIDE CORRIDORS                 13.50     78.72
                                                              Ref No: 231134
        160 05/06/2015 02:24 PURCHASE   POSTED              Purchase K5249305
                                 76.70      2.02
                                                              Ref No: K5249305
        161 05/06/2015 02:24 COMM_FEE   POSTED              Order fee K5249305
                                  1.00      1.02
                                                              Ref No: K5249305
        162 05/16/2015 06:58 PAYROLL    POSTED              2 APR PICC PICC JEVS
LAB 1ST FLR                       1.50      2.52
                                                              Ref No: 230938
        163 05/16/2015 06:58 PAYROLL    POSTED              1 MAY PICC PICC MEDIU
M SIDE CORRIDORS                 22.50     25.02
                                                              Ref No: 231134
        164 05/20/2015 02:48 PURCHASE   POSTED              Purchase K5260129
                                 23.00      2.02
                                                              Ref No: K5260129
        165 05/20/2015 02:48 COMM_FEE   POSTED              Order fee K5260129
                                  1.00      1.02
                                                              Ref No: K5260129
        166 06/02/2015 04:26 PAYROLL    POSTED              2 MAY PICC PICC MEDIU
M SIDE CORRIDORS                 24.00     25.02
                                                              Ref No: 231134
        167 06/02/2015 23:37 PURCHASE   POSTED              Purchase K5270871
                                 22.07      2.95
                                                              Ref No: K5270871
        168 06/02/2015 23:37 COMM_FEE   POSTED              Order fee K5270871
                                  1.00      1.95
                                                              Ref No: K5270871
        169 06/08/2015 13:08 KDEPOSIT   POSTED              DEPOSIT: 554585
                                 50.00     51.95
                                                              Comment: WHITE, KEN
YATTA
                                                              Ref No: 0008222556
        170 06/10/2015 01:17 PURCHASE   POSTED              Purchase K5276523
                                 38.87     13.08
                                                              Ref No: K5276523
        171 06/10/2015 01:17 COMM_FEE   POSTED              Order fee K5276523
                                  1.00     12.08
                                                              Ref No: K5276523
        173 06/15/2015 18:36 KDEPOSIT   POSTED              DEPOSIT: 556917
                                 50.00     84.58
                                                              Comment: WHITE, KEN
YATTA
                                                              Ref No: 0001107777

                            ---------- ----------
                                                              Total
                              428.78     490.44
```





15 3467

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: 8301 State Road, Philadelphia, PA 19136

Address of Defendant:

Place of Accident, Incident or Transaction: Philadelphia

*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))   Yes ☐  No ☐

Does this case involve multidistrict litigation possibilities?   Yes ☐  No ☐
*RELATED CASE, IF ANY:*
Case Number: _____ Judge _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes ☐  No ☐
2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes ☐  No ☐
3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
   Yes ☐  No ☐
4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes ☐  No ☐

CIVIL: (Place ✔in ONE CATEGORY ONLY)
A. *Federal Question Cases:*
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☒ Civil Rights  550
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
    (Please specify) _____

B. *Diversity Jurisdiction Cases:*
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
   (Please specify)

## ARBITRATION CERTIFICATION
*(Check Appropriate Category)*
I, _____, counsel of record do hereby certify:
☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;
☐ Relief other than monetary damages is sought.

DATE: _____  _____  _____
                                Attorney-at-Law                Attorney I.D.#
NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE:  JUN 19 2015  _____  _____
                     Deputy Clerk              Attorney I.D.#
CIV. 609 (5/2012)

MMB

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CASE MANAGEMENT TRACK DESIGNATION FORM

| White | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| City of Philadelphia, et. al. | : | NO. 15  3467 |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.   ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.   ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.   ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.   ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)   ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.   550   (☒)

JUN 19 2015

**Date**          **Deputy Clerk**          **Attorney for**

**Telephone**          **FAX Number**          **E-Mail Address**

(Civ. 660) 10/02