IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KENYATTA WHITE,**<br>        Plaintiff,<br><br>    v.<br><br>**CITY OF PHILADELPHIA, et al.,**<br>        Defendants. | **CIVIL ACTION**<br><br><br>**NO. 15-3467** |

## ORDER

In this case, pro se Plaintiff Kenyatta White has been in default on a number of procedural issues. Plaintiff has failed to follow through of the Rules of Civil Procedure in providing information to the U.S. Marshals for service of the Complaint, and also failed to appear at a Rule 16 conference that was scheduled for October 6, 2016. Counsel for Defendant, Rebecca Prosper, Esquire, was present and stated she had not heard from the Plaintiff at all despite trying to contact him, but the address he had given resulted in a returned envelope. For all of the above reasons, it is on this 6th day of October, 2016, ORDERED that the Complaint in this case is DISMISSED, without prejudice. The Clerk shall close this case.

BY THE COURT:

*/s/ Michael M. Baylson*

MICHAEL M. BAYLSON
United States District Court Judge

O:\CIVIL 15\15-3467 white v. cty phila\15cv3467 order dismissal.doc